

Trey Grayson
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-1484

TRACFONE WIRELESS, INC.
8390 N.W. 25TH ST.
MIAMI, FL 33122

FROM:  SUMMONS DIVISION
SECRETARY OF STATE

RE:  CASE NO: 06-CI-304

COURT:  Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586
Phone: (859) 334-2286

DATE:  February 21, 2006

Suit has been filed against you in the captioned case. As provided under Kentucky law, a copy of the legal documents is enclosed.

**Questions regarding this suit should be addressed to:**

  (1)  Your attorney, or
  (2)  The attorney filing this suit whose name should appear on the last page of the complaint, or
  (3)  The court or administrative agency in which the suit is filed

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | Case No. 06-CI-304 |
|---|---|---|
| Commonwealth of Kentucky Court of Justice | CIVIL SUMMONS | Court:   CIRCUIT |
| | | County:   BOONE |

JEANETTE WAGNER
Et al.

     PLAINTIFFS,

    vs.

TRACFONE WIRELESS, INC.,
8390 N.W. 25TH ST.
MIAMI, FL 33122
     DEFENDANT,

**SERVE:**
     **KENTUCKY SECRETARY OF STATE**
     **P.O. Box 718**
     **FRANKFORT, KY 40610**

RECEIVED
FEB 2 1 2006
SECRETARY OF STATE

To the above-named Defendant:

     You are hereby notified that a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

     The name(s) and address(es) of the party or parties demanding such relief against you or their attorney(s) are shown on the document delivered to you with this summons.

DATE 2-14-2006, 2006    CLERK: _____

                         BY: _____, D.C.

**PROOF OF SERVICE**

     This summons was served by delivering a true copy and the Complaint (or other initiating document) to: _____

This _____ day of _____, 2006.

SERVED BY: _____



COMMONWEALTH OF KENTUCKY
BOONE COUNTY CIRCUIT COURT
DIVISION ⎯Ⅰ⎯

JEANETTE WAGNER
380 WEXFORD DR.
WALTON, KY 41094

CASE NO. 06-CI-304

INDIVIDUALLY AND ON
BEHALF OF ALL PERSONS
SIMILARLY SITUATED,

JUDGE: Frohlich

PLAINTIFFS,

vs.

TRACFONE WIRELESS, INC.,
8390 N.W. 25TH ST.
MIAMI, FL 33122


SERVE:
CORPORATE CREATIONS NETWORK, INC.
828 LANE ALLEN RD. #219
LEXINGTON, KY 40504

DEFENDANT.

ALSO SERVE:
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, SUITE 118
700 CAPITOL AVE.
FRANKFORT, KY 40601-3449

ALSO SERVE:
KENTUCKY SECRETARY OF STATE
P.O. Box 718
FRANKFORT, KY 40610


CLASS ACTION COMPLAINT WITH JURY DEMAND HEREIN

Plaintiff Jeanette Wagner, individually and on behalf of all persons similarly situated, alleges for her Complaint on personal knowledge as to paragraph 2, and the remaining paragraphs on information and belief:

## NATURE OF THE ACTION

1.      This action is brought as a class action on behalf of all purchasers of TracFone Pre-Paid Wireless Phone Service ("Pre-Paid Phone Service"), either directly or indirectly, from Defendant TracFone Wireless, Inc. ("Defendant"), who were damaged by Defendant's wrongful conduct in connection with the sale of its Pre-Paid Phone Service. Defendant has engaged in a scheme to induce consumers to purchase Pre-Paid Phone Service from Defendant by deceptively, intentionally and/or negligently misrepresenting the terms and conditions of the Pre-Paid Phone Service by, among other things, wrongfully charging consumers for roaming for calls that are placed within their local calling area, and refusing to extend the finite period of phone activity during times when consumers' phones are being repaired and/or replaced by Defendant due to defects in the phone.

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiff realleges paragraph 1 of this Complaint and incorporates by reference as if fully written herein.

3.      Plaintiff Jeanette Wagner ("Plaintiff") is a citizen and resident of Walton, Kentucky.  Plaintiff purchased Defendant's Pre-Paid Phone Service via the internet, at her Walton, Kentucky home, in order to obtain cellular phone service.

4.      Defendant is a Florida corporation with its corporate headquarters and principle place of business at 8390 N.W. 25th St. Miami, FL 33122, doing business in Kentucky and Boone County as TracFone Wireless, Inc.

2

5.    This Court has subject matter jurisdiction over Plaintiff's claims, which exceed the minimum jurisdictional amount of this Court.

6.    Venue is proper in Boone County Circuit Court because Plaintiff contracted for Defendant's services and products in this County, Defendant conducted activities in this County giving rise to the relief asserted herein and all or part of the claims for relief arose in this County.

## GENERAL ALLEGATIONS

7.    Plaintiff realleges paragraphs 1 through 6 of this Complaint and incorporates by reference as if fully written herein.

8.    Defendant sold, both via the Internet and in retail stores, its Pre-Paid Phone Service to consumers. Consumers purchasing Defendant's Pre-Paid Phone Service prepaid for the cell phone and cellular service, and received a phone and an agreed number of units ("Units") which are blocks of time similar to minutes which must be used by an agreed upon date (the "Due Date").

9.    When a consumer purchases Pre-Paid Service from Defendant, the consumer must go to Defendant's website, www.tracfone.com (Defendant's "Website") and activate the phone. Once activated, to maintain their Pre-Paid Phone Service with Defendant, the consumer must purchase additional Units prior to the Due Date, even if unused Units remain.

10.    On Defendant's Website, under the General Information tab, there is a link entitled "Coverage Areas," as set forth on Exhibit A attached hereto. If a consumer clicks on "Coverage Areas," it directs the consumer to a link entitled "Click here for more of your local calling area," as set forth on Exhibit B attached hereto. If a consumer clicks on "Click here for more of your local calling area," it directs them to a link entitled "Coverage Map" as set forth on Exhibit C attached hereto. The consumer is prompted to enter their zip code. Once the consumer

3

enters their zip code, they are directed to a page prompting them to select the type of phone they

purchased, as set forth on Exhibit D attached hereto. When the consumer clicks on the type

phone they purchased, Defendant's website provides the consumer's local calling area ("Local

Area").

11.     In actuality, contrary to Defendant's representations and promises, the Local Area

of coverage was substantially smaller than as depicted on Defendant's Website ("TracFone Local

Area Deceptive Practice").

12.     Defendant defines roaming as making or receiving calls outside the consumer's

local calling area ("Roaming").

13.     In its User Guide (the "User Guide"), as set forth on Exhibit E attached hereto,

Defendant provides that if consumers subscribe to its Pre-Paid Phone Service, they will not be

charged for Roaming for wireless phone calls made or received within their Local Area:

manual. At that time, your TracFone will be assigned to your local calling area. This is the local wireless coverage area where your phone will operate without roaming. You can view this area at www.tracfone.com. Your TracFone will also operate outside this area, but calls made or received outside the local area will be charged at the roaming rate.

### Roaming
Roaming is when you make or receive calls on your TracFone outside of your local calling area. The TracFone automatically switches to roam when you leave your area and is indicated on your phone display.

Q: What is roaming?

A: Roaming is when you use your TracFone outside your locally programmed calling area. Once you travel outside this local calling area, the roaming indicator will be displayed on your TracFone. When you return to your local calling area, this roaming indicator will disappear.

**\*Number of Units Charged per Minute of Airtime Used**
**1 Unit** = 1 minute of local or long distance calls made from inside your local calling area.
**2 Units** = 1 minute of roaming calls made from outside your local calling area.
**0.5 Units** = 1 text message.

14.     The terms and conditions contained in Defendant's User Guide concerning

Roaming charges are consistent with the information contained on Defendant's Website, which

also defines Roaming as:

4

## Troubleshooting » Roaming

### What is Roaming?

*Roaming is when you use your TRACFONE outside your locally programmed calling area. Once you travel outside this local calling area, the Roaming indicator will be displayed on your TRACFONE. Once you return to your local calling area, this roaming indicator will disappear. When you make or receive roaming calls on your TRACFONE, your airtime will be deducted at the rate of 2 units per minute.*

15.    The phone keeps track of the number of Units remaining under the contract, but customers are unable to receive an accounting of the Units they use from Defendant, despite written and telephonic requests. This prevents customers from determining when they have had Units deducted at a roaming rate, and from assessing whether Defendant's determinations of calls being made outside the Local Area are accurate and/or properly accounted for.

16.    Contrary to Defendant's representations and/or promises, Defendant wrongfully charged customers for Roaming for calls made inside their Local Area (the "Tracfone Roaming Policy").

17.    In addition, Defendant refuses to extend the Due Date for periods of time the phone is out of service and/or being repaired or replaced by Defendant because of defects in the phone.

18.    Defendant, through its promotional material, and on its Website and in retail outlets offered prepaid Units to consumers in varying denominations with various Due Dates.

19.    Defendant's Pre-Paid Phone Service provides that one minute of local or long distance calling time equals one Unit, and one minute of Roaming calling time equals two Units.

5

20. Defendant's Website represents that "[u]nlike most plans, you keep your minutes and they do not expire, with active service." See Exhibit F attached hereto. To maintain "active service," a customer must purchase new Units every 60 to 365 days, depending on the denomination of Units purchased initially. However, prior to a customer's Due Date, a consumer must purchase more Units to maintain service, regardless of the number of Units a consumer has not used and remain under the Pre-Paid Phone Service purchased from Defendant. If new Units are not purchased, any unused Units remaining on the Due Date are forfeited.

21. Once the phone is activated, the period in which the pre-paid Units must be used begins to run, and the Due Date is established. For example, if cellular service for 60 days was purchased, the cellular service would be good for 60 days from date of activation. Units not used by the end of the 60 days period from activation are forfeited, unless additional Units are purchased.

22. Phones sold by Defendant to consumers frequently require repair or replacement due to pre-existing defects in the phone. In order for the phone to be repaired or replace, the customer must return the phone to Defendant.

23. Defendant typically retains the phone for a substantial period of time, often in excess of 30 days. Meanwhile, Defendant refuses to extend the Due Date by the period of time in which the phone is in Defendant's possession for repair or replacement, maintaining the original Due Date (the "Tracfone Credit Policy"). This results in the customer having to choose between purchasing new Units or forfeiting any remaining Units they may have, since the Units expire on the original Due Date.

6

## ALLEGATIONS PERTAINING TO PLAINTIFF

24.     Plaintiff realleges paragraphs 1 through 23 of this Complaint and incorporates by reference as if fully written herein.

25.     On June 24, 2005, Plaintiff, in Walton, Kentucky, purchased Defendant's Pre-Paid Phone Service and the accompanying "free phone," a Nokia model 1221, through Defendant's Website, for $129.99, plus shipping costs and tax. Defendant shipped the phone to Plaintiff's home in Walton, Kentucky. The Pre-Paid Phone Service that Plaintiff purchased included "300 anytime minutes, one year of wireless service and double minutes on future airtime card additions for one full year."

26.     Plaintiff completed the steps detailed in Paragraph 8, which yielded the following Local Area for Plaintiff:



27.     Plaintiff first activated her phone on or about June 30, 2005.

28.     Accordingly, Plaintiff's Due Date was on or about June 30, 2006.

7

29.     From the moment Plaintiff received the original phone from Defendant, the phone did not function in her Local Area. After contacting Defendant about the problem with the phone, Defendant instructed Plaintiff to return her phone to Defendant.

30.     After a lengthy delay, Plaintiff received a refurbished phone in exchange for her new phone, instead of a new phone for which she had contracted with Defendant. The refurbished phone also was defective and not usable by Plaintiff.

31.     Plaintiff returned the refurbished phone. Plaintiff also made numerous calls to Defendant's customer service department to inquire about the status of her receiving an operable cellular phone.

32.     Plaintiff finally received a new replacement phone that was operable on or about September 15, 2005.

33.     Despite Plaintiff's requests, Defendant, pursuant to its Tracfone Credit Policy, refused to extend the Due Date for the period of time Plaintiff's phones were defective and/or in Defendant's possession, from June 30, 2005 until September 15, 2005.

34.     On or about October 28, 2005 and periodically thereafter, Plaintiff requested detailed copies of her bill so that she could determine whether she was being properly billed for usage, including, but not limited to, Roaming charges. Defendant refused, and continues to refuse, to provide Plaintiff with an accounting of the Units used.

35.     Defendant has wrongfully billed Plaintiff for Roaming charges for calls made or received within Plaintiff's Local Area.

## CLASS ALLEGATIONS

36.     Plaintiff realleges paragraphs 1 though 35 of this Complaint and incorporates by reference as if fully written herein.

8

37.    Plaintiff brings this action as a class action on behalf of herself as an individual

and all others similarly situated.

38.    Plaintiff seeks to represent the following class (the "Class"):

> All consumers who, during the period January 1, 2001 until the
> present, purchased TracFone Pre-Paid Wireless Phone Service from
> TracFone Wireless, Inc., either directly or indirectly, and (i) were
> charged at the roaming rate for calls made or received within their
> respective Local Area and/or (ii) did not receive extensions of their
> Due Date for periods of time when their phones were either
> inoperable or in TracFone Wireless, Inc.'s possession for repair or
> replacement.

39.    Class certification is appropriate in this case under both Rule 23.02(b) and Rule

23.02(c) of the Kentucky Rules of Civil Procedure since:

a.    Plaintiff is a member of the Class she seeks to represent;

b.    The Class is easily and readily identifiable, since Defendant's computer records

can be used to identify the name, address and activity of all members of the Class;

c.    There are well over one thousand members in the Class.  The members of the

Class are so numerous that individual joinder is not practicable.

d.    Common questions of law or fact exist among the members of the Class,

including, but not limited to:

  i.    Whether Defendant charged members of the Class for Roaming for calls

  made or received within their respective Local Area;

  ii.   Whether members of the Class did not receive extensions of their Due

  Date for periods of time when their phones were either inoperable or in

  Defendant's possession for repair or replacement;

9

   iii. Whether Defendant has prevented members of the Class from assessing their usage of Units by failing to provide them with sufficient accounting for such usage; and

   iv. Whether Defendant's conduct constitutes violations of statutory and common law.

 e. Plaintiff's claims are typical of the claims of the members of the Class.

 f. Plaintiff, as Class representative, will fairly and adequately represent and protect the claims and interests of members of the Class. Plaintiff has adequate financial resources to prosecute this case, and has retained counsel who are highly competent and experienced in the prosecution of complex and/or class litigation.

 g. Certification of a class under Kentucky Civil Rule 23.02(b) is proper since Defendant has acted or refused to act on grounds generally applicable to the Class, making final injunctive relief appropriate with respect to the Class as a whole. Injunctive relief is necessary to stop Defendant's continued wrongful application of the Tracfone Credit Policy and the Tracfone Roaming Policy.

 h. Certification of a class under Kentucky Civil Rule 23.02(c) is proper. Questions of law and fact common to Plaintiff and the members of the Class, including, but not limited to, Defendant's wrongful application of the Tracfone Roaming Policy and the Tracfone credit policy, predominate over any questions affecting individual class members.   Additionally, a class action is superior to other available methods for the fair and efficient adjudication of the claims against Defendant related to Defendant's common scheme and course of conduct.

## CAUSES OF ACTION

### COUNT 1
### Breach of Contract

40.     Plaintiff realleges paragraphs 1 through 39 of this Complaint and incorporates by reference as if fully rewritten.

41.     Defendant's User Guide, attached hereto as Exhibit E, and/or Website constitute an offer of goods and services.

42.     Plaintiff and members of the Class accepted Defendant's offer by purchasing Defendant's Pre-Paid Phone Service in specific Units for a specific duration of time. This constitutes a valid, binding contract between Plaintiff and members of the Class and Defendant.

43.     The User Guide and/or Website explicitly provide that Plaintiff and members of the Class will not be charged Roaming charges for wireless phone calls made or received within their respective Local Area.

44.     Defendant materially breached its contract with Plaintiff and members of the Class by implementing the Tracfone Credit Policy during times in which Plaintiff and members of the Class were unable to use their phones as Defendant was in possession of them to remediate pre-existing defects.

45.     Defendant also materially breached its contract with Plaintiff and members of the Class by implementing the Tracfone Roaming Policy and charging them for Roaming for calls made or received in their respective Local Area.

46.     As a result of Defendant's breaches of contract, Plaintiff and members of the Class have suffered damages.

### COUNT II
### Fraud

11

47.    Plaintiff realleges paragraphs 1 through 46 of this Complaint and incorporates by reference as if fully rewritten.

48.    Defendant intentionally, knowingly and/or recklessly made materially false misrepresentations in its User Guide and/or on its Website concerning its Pre-Paid Phone Service that Roaming charges would not be charged for calls made or received within Plaintiff's and members of the Class' respective Local Area.

49.    Defendant also intentionally, knowingly and/or recklessly made materially false misrepresentations in its User Guide and/or on its Website concerning the specific Units and the specific duration of time when Plaintiff and members of the Class would be able to use the Pre-Paid Phone Service that they purchased from Defendant, as a result of Defendant's implementation of the Tracfone Credit Policy.

50.    Defendant's practices constitute on-going, common, uniform and material misrepresentations to Plaintiff and members of the Class.

51.    In order to perpetuate the fraudulent Tracfone Roaming Policy, Defendant refused to provide Plaintiff and members of the Class with sufficiently detailed accounting for its usage charges, to prevent Plaintiff and members of the Class from discovering the wrongful charges for Roaming.

52.    Defendant acted with the intention of deceiving Plaintiff and members of the Class, and did in fact deceive Plaintiff and members of the Class, concerning the actual amount of Defendant's Roaming charges and the true Local Area as defined by Defendant, and the correct amount of time during which they would be able to use Defendant's Pre-Paid Phone Service as a result of Defendant's implementation of the Tracfone Credit Policy.

12

53.     Defendant acted with the intention of inducing Plaintiff and members of the Class to rely on the misrepresentations presented in Defendant's User Guide and/or Website, and to pay the wrongful Roaming charges and to obtain substantially less services than they paid for as a result of Defendant's implementation of the Tracfone Credit Policy. Plaintiff and members of the Class did in fact rely on Defendant's misrepresentations and were charged the wrongful Roaming charges by Defendant, and did not obtain the entire services that they paid for from Defendant.

54.     Plaintiff and members of the Class's reliance was justified.

55.     As a result of Defendant's misrepresentations Plaintiff and members of the Class have suffered damages.

56.     Defendant's conduct was fraudulent, willful, wanton, malicious, oppressive, gross and/or egregious. Consequently, Plaintiff and members of the Class are entitled to punitive damages.

## COUNT III
## Fraud by Omission

57.     Plaintiff realleges paragraphs 1 through 56 of this Complaint and incorporates by reference as if fully rewritten.

58.     Defendant committed fraud by failing to disclose the actual amount of its Roaming charges and the true Local Area as defined by Defendant, and the Tracfone Credit Policy to Plaintiff and members of the Class prior to their purchasing Pre-Paid Phone Services from Defendant.

59.     Defendant had a duty to disclose the material facts concerning the Tracfone Credit Policy and the Tracfone Roaming Policy to Plaintiff and members of the Class.

13

60. Defendant's failure to disclose the material facts concerning the Tracfone Credit Policy and the Tracfone Roaming Policy induced Plaintiff and members of the Class to purchase Defendant's Pre-Paid Phone Service, causing actual damages to Plaintiff and members of the Class.

61. As a result of Defendant's fraudulent omissions, Plaintiff and members of the Class have suffered damages.

62. Defendant's omissions were fraudulent, willful, wanton, malicious, oppressive, gross and/or egregious. Consequently, Plaintiff and members of the Class are entitled to punitive damages.

<h2 style="text-align:center">COUNT IV</h2>
<h3 style="text-align:center">Violation of the Kentucky Deceptive Business Practice Act</h3>

63. Plaintiff realleges paragraphs 1 through 62 of this Complaint and incorporates by reference as if fully rewritten.

64. Defendant, in the course of engaging in business, has knowingly implemented the TracFone Credit Policy and the Tracfone Roaming Policy.

65. Defendant's knowingly deceptive conduct has caused Defendant to deliver less than the represented quantity of service to Plaintiff and members of the Class.

66. Defendant's conduct deceived Plaintiff and members of the Class, and has deceived a substantial segment of Defendant's target audience.

67. Defendant's deception is material as it has influenced the purchasing and payment decisions by Plaintiff and members of the Class.

68. Defendant's conduct constitutes a violation of the Kentucky Deceptive Business Practice Act, KRS § 517.020, et seq.

14

69.    Pursuant to KRS § 446.070, Plaintiff and members of the Class are entitled to recover damages caused by Defendant's violation.

70.    As a result of Defendant's violations, Plaintiff and members of the Class have suffered damages and are entitled to recover damages consistent with the statutes.

71.    The violations are willful, wanton, and malicious, and thus Plaintiff and members of the Class are entitled to punitive damages and other relief as provided.

## COUNT V
### Violation of the Kentucky Consumer Protection Act

72.    Plaintiff realleges paragraphs 1 through 71 of this Complaint and incorporates by reference as if fully rewritten.

73.    Plaintiff and members of the Class are "persons" that engaged in a consumer transaction constituting trade and/or commerce with Defendant "seller" as defined by the Kentucky Consumer Protection Act, KRS § 367.120, et seq.

74.    Defendant has engaged in the TracFone Credit Policy and the TracFone Roaming Policy. This conduct constitutes unfair, false misleading and/or deceptive acts by Defendant, in violation of the Kentucky Consumer Protection Act, KRS § 367.120, et seq.

75.    Plaintiff and members of the Class have been damaged as a result of Defendant's unfair, false misleading and/or deceptive acts. As a result, Plaintiff and members of the Class are entitled to recover damages consistent with the statute.

76.    Plaintiff and members of the Class are also entitled to punitive damages for the willful, wanton, and/or malicious violation of the statute.

15

## COUNT VI
### Negligent Misrepresentation

77.     Plaintiff realleges paragraphs 1 through 74 of this Complaint and incorporates by reference as if fully rewritten.

78.     Defendant, in the course of its business and in a transaction in which it had a pecuniary interest, failed to exercise reasonable care by supplying false information, including but not limited to the Tracfone Credit Policy and the Tracfone Roaming Policy, to Plaintiff and members of the Class for guidance in their business transactions.

79.     Plaintiff and the Class justifiably relied on Defendant's negligent misrepresentations.

80.     As a result of Defendant's negligent misrepresentations, Plaintiff and members of the Class have suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Jeanette Wagner, plaintiffs pray for relief and judgment, as follows:

A.     An order from this Court certifying this action as a class action pursuant to Rule 23 of the Kentucky Rules of Civil Procedure.

B.     Judgment in favor of Plaintiff and members of the Class against Defendant TracFone Wireless, Inc. in an amount in excess of this Court's jurisdictional limits, for compensatory damages in an amount to be ascertained, which includes, but is not limited to, monies paid to Defendant by Plaintiff and the Class as a result of the TracFone Credit Policy and the TracFone Roaming Policy.

C.     An Injunction against Defendant requiring that it immediately cease and desist from engaging in the TracFone Credit Policy and the TracFone Roaming Policy.

16

D. Judgment in favor of Plaintiff and members of the Class against Defendant for punitive damages.

E. Judgment in favor of Plaintiff and members of the Class against Defendant for attorney fees, litigation expenses (including fees and cost of experts), all other costs of this action, and all other additional legal or equitable relief (including accurate disclosures of the company's policies in its User Guide and on its Website) that is justified and warranted under the law.

Respectfully Submitted,

STATMAN, HARRIS, SIEGEL & EYRICH, LLC

Alan J. Statman (KBA#84752)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 621-2666
Fax: (513) 621-4896
ajstatman@shselegal.com

STRAUSS & TROY

Thomas P. Glass (KBA #86771)
Richard S. Wayne
Joseph J. Braun
John M. Levy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202
Phone: (513) 621-2120
Facsimile: (513) 629-9426
tpglass@strausstroy.com
Trial Attorneys for Plaintiff and Plaintiff Class

17

*Of Counsel with*
*Statman, Harris, Siegel & Eyrich, LLC*

Colleen Meiman Hegge (KBA 82403)
*Mailing address:*
P.O. Box 437
Union, Kentucky 41091

8660 Haines Drive
Florence, Kentucky 41022
Phone: 859-384-4300
Fax: 859-384-5392

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Alan J. Statman (KBA#84752)

## INSTRUCTIONS FOR SERVICE

The Clerk of Courts is hereby instructed to serve the above Complaint to the Defendant

listed in the above-captioned litigation by certified mail, return receipt requested.

Alan J. Statman (KBA#84752)

TRACFONE Class Action Complaint2

18

TracFone Pre Paid Cell Phones & Cellular Service

**EXHIBIT**

A

Home | My Account | Customer Service | En Español

**TRACF☻NE**
nationwide prepaid wireless

add airtime | activate/reactivate | buy airtime | buy phone | buy accessories | int'l long distance | services

why go prepaid
how it works
rates
phones
retailers
coverage maps
questions
technical support

## questions

- Products
- Features
- Getting Started
- General Information
  - About TRACFONE
  - Coverage Area
  - Retailers
  - Terms and Conditions of Service
- Policies and Procedures
- Promotions and Services
- Troubleshooting

### General Information >> Coverage Area

- Does TRACFONE have coverage in my local calling area?
- What area does TRACFONE service?
- What should I do if my local area is not covered?
- Can I switch my local coverage area?

**STILL HAVE A QUESTION?**
Friendly, informed Customer Care Center representatives are ready to help you.
Call 1-800-867-7183 or *Contact Us* by e-mail.

© 2005 TracFone Wireless, Inc. All Rights Reserved.
Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map

TracFone Pre Paid Cell Phones & Cellular Service

**EXHIBIT**

**B**

Home | My Account | Customer Service | En Español

 **TRACFONE**
nationwide prepaid wireless

| add airtime | activate/reactivate | buy on line | buy phone | buy accessories | int'l long distance | service |

why go prepaid
how it works
rates
phones
retailers
coverage maps
questions
technical support



## questions

*Products*

*Features*

*Getting Started*

*General Information*
  » About TRACFONE
  » Coverage Area
  » Retailers
  » Terms and
    Conditions of Service

*Policies and Procedures*

*Promotions and Services*

*Troubleshooting*

### General Information » Coverage Area

*Does TRACFONE have coverage in my local calling area?*
Click here for a map of your local calling area.

*What area does TRACFONE service?*

*What should I do if my local area is not covered?*

*Can I switch my local coverage area?*

▲
TOP

**STILL HAVE A QUESTION?**
Friendly, informed Customer Care Center representatives are ready to help you.
Call 1-800-867-7183 or *Contact Us* by e-mail.

© 2005 TracFone Wireless, Inc. All Rights Reserved.
Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map

TracFone Prepaid Cellular Phones & Cell Phone Plans



**EXHIBIT**

**C**

Home | My Account | Customer Service | En Español

add airtime   activate/reactivate   buy airtime   buy phone   buy accessories   int'l long distance   service

why go prepaid
how it works
rates
phones
retailers
coverage maps
questions
technical support



## coverage maps



ZIP Code  41094   help

view coverage area

TracFone® provides nationwide prepaid wireless service. We use the nation's leading cellular providers to create a national footprint covering 99% of the U.S. **population. This gives you** service everywhere cellular service is available.

You can use your **TracFone** across the U.S. and if you move, you can relocate your wireless number with just a phone call.

Wireless service is subject to transmission limitations caused by atmospheric, topographical and other conditions. Ability to place or receive calls (including 911 calls) may be temporarily interrupted due to system capacity limitations, limitations imposed by a carrier, equipment modifications, relocations or other activities for the operation of each carrier's radio telephone system.

The coverage area displayed is based upon the zip code entered and the phone technology. The expanded digital coverage area represented by this map is only available for a digital TracFone.

To obtain this expanded digital coverage area for your digital TracFone, you must do the following after your digital TracFone has been activated from your home calling area:

1. Place a call from your home area within 48 hours after activation.
2. Keep your digital TracFone powered on for 48 hours after activation.

© 2005 TracFone Wireless, Inc. All Rights Reserved.
Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map



EXHIBIT

D

Home | My Account | Customer Service | En Español

**TRACFONE**
nationwide prepaid wireless

add airtime | activate/reactivate | buy airtime | buy phone | buy accessories | airtime discount | services

why go prepaid
how it works
rates
phones
retailers
coverage maps
questions
technical support

## coverage maps

**National Coverage:**
- Motorola v60i
- Nokia 2126 »
- Nokia 2285 »
- Nokia 5180 »
- Motorola C343 »
- Nokia 1221 »
- Nokia 5125 »
- Nokia 5165 »
- Motorola 120 »

**Single Rate:**
- Nokia 3390 »
- Nokia 1100 »
- Nokia 2600 »
- Motorola C155 »
- Motorola V170 »

Click to Zoom In

Coverage area is approximate
Home Coverage Area
Roaming Calling Area
Additional Information »

ZIP Code [          ] help
get calling area

Wireless service is subject to transmission limitations caused by atmospheric, topographical and other conditions. Ability to place or receive calls (including 911 calls) may be temporarily interrupted due to system capacity, limitations, limitations imposed by a carrier, equipment modifications, relocations or other activities for the operation of each carrier's radio telephone system.

The coverage area displayed is based upon the zip code entered and the phone technology. The expanded digital coverage area represented by this map is only available for a digital TracFone.

To obtain this expanded digital coverage area for your digital TracFone, you must do the following after your digital TracFone has been activated from your home calling area:

1. Place a call from your home area within 48 hours after activation.
2. Keep your digital TracFone powered on for 48 hours after activation.

© 2005 TracFone Wireless, Inc. All Rights Reserved.
Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map





## What Is TracFone?

With a TracFone wireless phone there are:
* No Activation Fees • No Contracts • No Monthly Bills • No Credit Checks
• No Deposits • Nationwide Long Distance at Local Rates

TracFone is the largest nationwide provider of prepaid wireless service. With a TracFone wireless phone you can make and receive local, long distance and roaming calls. You can also use your TracFone wireless phone just about anywhere in the United States where there is wireless coverage. With a TracFone wireless phone you prepay for wireless service by purchasing airtime at over 60,000 retailers nationwide or at www.tracfone.com. TracFone airtime rates include all telecommunication taxes and fees that can add up to 20% on many other traditional wireless service plans.

Anyone can get a TracFone. There are no contracts, no credit checks, no age limits, no deposits, no activation fees and no reactivation fees. TracFone offers nationwide coverage with nationwide long distance included at no extra charge. TracFone helps you control your costs with affordable pricing. Our Airtime Balance Display keeps you informed of how many minutes you use, how many units are left and when you need to purchase more airtime to keep your TracFone Wireless Service active.

TracFone is a registered trademark of TracFone Wireless, Inc. Prepaid technology covered by U.S. Patent No. 5,621,447. © 2003 TracFone Wireless, Inc.

1

# How TracFone Service Works:

TracFone is simple and convenient wireless. You pay as you go. With TracFone you buy the phone and prepay for your minutes as you need them by purchasing TracFone Prepaid Wireless Airtime cards. Your TracFone tracks how much airtime you use and how much is left by displaying the exact airtime balance on the phone, so you control your costs. You will first need to activate your TracFone by following the steps in the How To Get Started section in this manual. At that time, your TracFone will be assigned to your local calling area. This is the local wireless coverage area where your phone will operate without roaming. You can view this area at www.tracfone.com. Your TracFone will also operate outside this area, but calls made or received outside the local area will be charged at the roaming rate.

Your TracFone service is a combination of units (minutes) and active service. To make or receive a call you must have both. You must have units remaining in your TracFone in order to make or receive a call even if your due date for active service has not yet occurred. Conversely, your TracFone must also have a due date that has not passed to make or receive a call even if you have units remaining. To keep your TracFone service active, you must purchase and redeem an additional TracFone Prepaid Wireless Airtime card before the due date that is displayed on your TracFone, even if you have units remaining. TracFone minutes are purchased and used as unit denominations. One minute of a local or a long distance call within the United States is equal to one unit of airtime. One minute of a roaming call is equal to two units of airtime.

The redemption of additional TracFone Prepaid Wireless Airtime cards extends your active service 60 days with a 40, 100, 200, or 400 minute card or 365 days with a TracFone *1 year prepaid wireless service card* or the *Double Minute prepaid plan* card. When you redeem any combination of 40, 100, 200, or 400 minute TracFone Prepaid Wireless Airtime cards the phone's due date can only be extended to a maximum of 120 days from the date of redemption. The due date can be expanded past 120 days, up to 365 days with the redemption of a TracFone *1 year prepaid wireless service card* or *Double Minute prepaid plan* card. The due date can be extended to a maximum of 730 days with the redemption of any combination of the *1 year prepaid wireless service card* and/or the *Double Minute prepaid plan* card.

If you do not purchase and redeem additional airtime prior to the due date, your TracFone Service will be deactivated and you will lose your TracFone phone number. A deactivated TracFone can be reactivated by purchasing and redeeming any TracFone Prepaid Wireless Airtime card. A reactivated TracFone will be assigned a new phone number. Unused airtime will not expire if a deactivated TracFone is reactivated within 60 days from the deactivation date.

*1 minute of local or long distance call = 1 unit of airtime*
*1 minute of roaming call = 2 units of airtime*
*1 text message = 0.5 units of airtime*

2

# How To Get Started:

1. Charge the battery by plugging it into the charger included with the phone.

2. Locate the Serial Number of your TracFone and have it ready for the activation process. To obtain your phone serial number, remove the battery from your TracFone and locate the serial number on the back of the phone. The Serial Number will be either the words ESN, DEC or IMEI. For some TracFone models, press the menu key and select the prepaid menu, then scroll down to locate the serial number.

3. Now, fill in the detachable card that we have provided and have the information available for the activation process. During activation you will be given the telephone number of your TracFone. Be sure to record this number on the customer reference card provided. We recommend that you have this information available anytime you contact the TracFone Customer Care Center.

4. You must have your TracFone with you during the programming/activation process. During this process, you will be entering a series of codes into your TracFone.

5. Visit us on the web at www.tracfone.com to activate your TracFone

   or

   Call TracFone Customer Care Center toll-free at 1-800-867-7183 from a landline phone (your home or pay phone). Please note, activation and redemption or adding of airtime cannot be completed when calling from your TracFone Wireless phone.

3

6. After your TracFone is programmed, please wait a few hours (or as otherwise instructed by the Customer Care Representative) to perform the test calls that will initiate your TracFone Wireless Service.

7. To perform the first test call, you will need to do the following:
A) turn on your TracFone. B) pull up the antenna (if applicable). C) call your TracFone from a landline phone (your home or pay phone). This first test call must be in your local calling area (your TracFone should not display roam). If your TracFone rings, it means that it is active and ready for use. DO NOT ANSWER YOUR TRACFONE SINCE IT WILL DEDUCT UNITS.

8. Now, you will need to place a second test call from your TracFone to a local landline phone (your home or pay phone). If the phone rings, it means that the activation process is completed. Terminate the call quickly as units will be deducted for this test call. If it does not ring, do not attempt to make any calls since the TracFone will deduct units.

9. If either step of the test calls did not work, wait an additional 24 hours before performing the test calls again. If the test calls are still not successful, please call the Customer Care Center at 1-800-867-7183. Refer to page 9 for questions and answers related to activating your TracFone.

FOR FURTHER ASSISTANCE
CALL OUR CUSTOMER CARE CENTER
AT 1-800-867-7183 OR
E-MAIL: tsupport@tracfone.com

## Keep Your Service Active

Your TracFone service will stay active until the due date is reached. This is the date which is displayed on your TracFone when your phone is turned on.

Adding Airtime
1. Purchase a TracFone Prepaid Wireless Airtime card or Airtime PIN number.
(Some retailers sell TracFone Airtime PIN numbers in place of actual cards).

2. You will need:
A) Your TracFone.
B) Your TracFone Serial Number (ESN / DEC / IMEI).
C) The airtime PIN number, which is revealed when you scratch off the gray strip on the back of the Prepaid Wireless Airtime card or the Airtime PIN number on your register receipt.

3. Redeem your airtime card or airtime PIN number online at www.tracfone.com or call toll-free 1-800-867-7183 from a landline phone.

You must purchase and redeem a new TracFone Prepaid Wireless Airtime card before the due date is reached in order to keep your TracFone service active, even if you have an airtime balance remaining. You can find TracFone Prepaid Wireless Airtime cards at the regular where you purchased your TracFone, at over 80,000 retailers nationwide or at www.tracfone.com. To find a TracFone authorized retailer near you, please visit our website at www.tracfone.com. When you redeem additional TracFone Prepaid Wireless Airtime cards, your wireless service and due date can be extended either 90 or 365 days from the date the card is redeemed depending on the airtime card.

Please be aware that if your due date passes and you have not purchased and redeemed additional airtime, your TracFone Service will be deactivated and you will lose your TracFone telephone number. You will no longer be able to make or receive phone calls, even if you have units remaining. When you reactivate your TracFone Service after deactivation a new phone number will be assigned. To avoid this, please purchase and redeem a new TracFone Prepaid Wireless Airtime card before the due date displayed on your TracFone.

With the purchase and redemption of a 1 year prepaid wireless service card, your TracFone Service will remain active for one year and you will receive 150 minutes of airtime. With the purchase and redemption of a Double Minute prepaid plus card, your TracFone Service will remain active for one year and you will receive 300 minutes of airtime and double minutes on future redemptions for one full year (see card for details). These cards do not provide unlimited minutes. Your TracFone must still have an airtime balance to make or receive calls. If you run low on minutes during the one year, you can buy additional TracFone airtime cards without affecting your 1 year of service. Available at participating retailers or at www.tracfone.com

6

# Terms and Conditions of Service

Upon activation of wireless radio service ("Service"), customer ("You") agrees to the following terms and conditions: To maintain TracFone Wireless Service and keep the same phone number, you must purchase and redeem an additional TracFone Prepaid Wireless Airtime card before the due date that is displayed on the TracFone. The redemption of an additional 40, 100, 200 or 400 minute TracFone Prepaid Wireless Airtime card extends the due date 90 days from the date that the new card is redeemed. The redemption of a TracFone 1 year prepaid wireless service card or the Double Minute prepaid plan card extends the due date 385 days. You may purchase and redeem as many TracFone Prepaid Wireless Airtime cards as you want. When you redeem any combination of 40, 100, 200, or 400 minute TracFone Prepaid Wireless Airtime cards the phone's due date can only be extended to a maximum of 120 days from the date of redemption. The due date can be extended past 120 days, up to 385 days, with the redemption of a TracFone 1 year prepaid wireless service card or Double Minute prepaid plan card. The due date can be extended to a maximum of 730 days with the redemption of any combination of the 1 year prepaid wireless service card and/or the Double Minute prepaid plan card. Card denominations may vary. Please visit www.tracfone.com or your local retailer.

If you do not purchase and redeem additional airtime prior to the due date, your TracFone Service will deactivate. A deactivated TracFone can be reactivated and a new phone number assigned by purchasing and redeeming any TracFone Prepaid Wireless Airtime card. Unused units will not expire if a deactivated TracFone is reactivated within 60 days of the deactivation date. Unused units will expire if TracFone Service remains deactivated longer than 60 days. Unredeemed TracFone Airtime cards expire one year from the date of purchase from an authorized TracFone retailer. Redeemed airtime units do not expire with active service. TracFone Prepaid Wireless Airtime rate plans, card denominations and these Terms and Conditions of Service are subject to change without prior notice. Any and all tampering or fabrication or entering of codes not properly authorized by TracFone may result in immediate discontinuance of service and prosecution to the full extent of the law. TracFone reserves the right to cancel any service without notice.

TracFone Prepaid Wireless Airtime is issued in unit increments. Units are deducted from the TracFone wireless phone in the following manner:

**Number of Units Charged per Minute of Airtime Used**
1 Unit = 1 minute of local or long distance calls made from inside your local calling area.
2 Units = 1 minute of roaming calls made from outside your local calling area.
0.5 Units = 1 text message.

6

TracFone will only operate with TracFone Prepaid Wireless Airtime cards and cannot be activated with other wireless or cellular services.

The Customer is charged for all time during which the TracFone is connected to or using the wireless system of the carrier or any other provider of wireless or ancillary services. Use of a wireless system typically begins when the user initiates a call by pressing the send or call button or upon receiving a call and does not end until the user presses the end button or the call is otherwise terminated. All calls are deducted in full-unit incremental partial airtime usage is rounded up to the next unit.

For outbound calls, you may be charged airtime for incomplete and/or busy-no answer calls. With incoming calls, you will be charged airtime upon pressing any key on the keypad to answer a call.

No credit is given for dropped calls. 911 Calls are FREE. If you are in an area where your phone is searching for a signal or there is no signal, it is highly probable that a call to 911 will not go through. Do not rely on this function in an emergency situation. Locate the nearest landline phone and call for help. Calls such as 411 and 611 are not free with TracFone and shall be charged at regular airtime rates. Please refer to the "Number of Units Charged per Minute of Airtime Used" on page 6 of this manual.

International calls are blocked on your TracFone. To make international calls, you will need to purchase a prepaid international long distance calling card that permits 1-800 dialing access. Your TracFone will deduct units at regular airtime rates for calls to any 1-800 number including our Customer Care 1-800 number.

Caller ID, Call Waiting, Voice Mail and text messaging may not be available in analog service areas or outside your local calling area. Airtime units are used when you access your voice mail or retrieve voice mail messages from your TracFone. Text messaging may not be available in all areas.

Limitation of Liability
Service is subject to transmission limitations caused by atmospheric, topographical and other conditions. Further, service may be temporarily reduced, limited, interrupted or curtailed due to system capacity limitations or limitations imposed by the carrier, or because of equipment modifications, upgrades, repairs or relocations or other similar activities necessary or proper for the operation or improvement of carriers radio telephone system.

7

# Roaming and Warranty

### Roaming

Roaming is when you make or receive calls on your TracFone outside of your local calling area. The TracFone automatically switches to roam when you leave your area and is indicated on your phone display.

### Warranty.

**New TracFone Phone Models.** A new TracFone is covered by the manufacturer's 1-year limited warranty. You may obtain warranty service directly from TracFone Wireless, Inc. or from the manufacturer of your phone.

**Reconditioned TracFone Phones and TracFone Accessories.** A reconditioned TracFone and all TracFone accessories have a 90-day warranty against defects in materials and workmanship under normal use by the purchaser. You may obtain warranty service directly from TracFone Wireless, Inc.

**How to Obtain Warranty Service.** To obtain warranty service from TracFone on a new or reconditioned phone or TracFone accessories, please contact TracFone Technical Support at 1-800-867-7183. If your problem cannot be remedied over the phone, our TracFone technicians will provide you with a Return Authorization Number, which you will use to send your phone or accessories to the designated TracFone service center for repair or replacement, at TracFone's option. For a new phone, you may also obtain warranty service directly from the manufacturer of your phone or accessories by following the manufacturer's instructions in the owner's manual.

**Exclusions and Conditions.** This Limited Warranty does not cover damage or failure caused by customer abuse or misuse of the phone or TracFone accessories. TracFone does not provide refunds.

ALL APPLICABLE IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THIS LIMITED WARRANTY, UNLESS OTHERWISE PROVIDED BY LAW. YOUR LIMITED WARRANTY EXCLUDES ALL INCIDENTAL OR CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE PROVIDED BY LAW.

Some States do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights, and you may also have other rights which vary from State to State.

8

# Questions & Answers

**Q: How do I program my TracFone?**

A: You can visit us on the web at www.tracfone.com to activate your TracFone or call 1-800-867-7183 from your regular phone line and press the prompt for activations. You will be walked through the manual programming by providing you a set of codes to be entered into your TracFone keypad. During activation, you will be given the telephone number to your TracFone.

**Q: How do I set up my voice mail?**

A: For instructions on how to set up the voice mail feature, simply visit our website at www.tracfone.com or call the Customer Care Center at 1-800-867-7183.

**Q: How do I know if my TracFone is activated or ready to use?**

A: You can check to see if your TracFone has been activated by making two test calls. Both test calls must be made within THE LOCAL CALLING AREA for your TracFone.

To place the two test calls:

1. Turn your TracFone on (you cannot make or receive a call on your phone unless it is powered on).

2. Pull your antenna all the way up (if applicable).

3. Make sure you have at least two bars of signal strength on the phone display (if you have less than two bars move to an area where the signal strength is stronger, such as a window or away from tall structures).

4. Call your TracFone's telephone number from a local landline phone (your home or pay phone). If the TracFone rings, it is active. Don't answer the TracFone, as it will deduct units of airtime for that call.

5. Then place a call from the TracFone to a local landline phone (your home or pay phone). If the phone you called rings, terminate the call quickly as your TracFone will deduct airtime for this test call. Your TracFone is now activated and ready to use.

**Q: What if I place the test call to my TracFone, and instead of it ringing, I receive a recorded message?**

A: If you have already walked the few hours required before making your test calls, please wait an additional 24 hours and try the test call again. If the problem continues and you still receive a recorded message, call the Customer Care Center at 1-800-867-7183 from a phone other than your TracFone and the representative will assist you in correcting the situation.

9

Q: What area does TracFone service?

A: TracFone Prepaid Wireless Service is available in virtually all of the wireless markets in the domestic United States, including Alaska, Hawaii, Puerto Rico and the Virgin Islands. Like all wireless service, however, TracFone Wireless Service may be affected by geographic, topographical or atmospheric conditions. You can view a coverage map of your local calling area by visiting www.tracfone.com.

Q: How often do I need to purchase and redeem a TracFone Prepaid Wireless Airtime card?

A: To keep your TracFone Service active, you need to purchase and redeem a TracFone Prepaid Wireless card before the due date displayed on your TracFone. If your TracFone runs out of airtime units, you will also need to purchase and redeem additional TracFone Prepaid Wireless Airtime cards. The amount of units you use is entirely up to you. The redemption of additional TracFone Prepaid Wireless Airtime cards extends your active service either 90 or 365 days from the date the card is redeemed depending on the denomination of the airtime card. Your due date will be displayed every time you turn on the TracFone. When you redeem any combination of 40, 100, 200, or 400 minute TracFone Prepaid Wireless Airtime cards the phone's due date can only be extended to a maximum of 120 days from the date of redemption. The due date can be extended past 120 days, up to 365 days, with the redemption of a TracFone 1 year prepaid wireless service card or Double Minute prepaid plan card. The due date can be extended to a maximum of 730 days with the redemption of any combination of 1 year prepaid wireless service and/or the Double Minute prepaid plan card.

Q: How can I keep my TracFone service active without having to buy an airtime card every 90 days?

A: With the purchase of a 1 year prepaid wireless service card, your TracFone Service will remain active for one year and you will receive 150 minutes of airtime. With the purchase and redemption of a Double Minute prepaid plan, your TracFone Service will remain active for one year and you will receive 300 minutes of airtime and double minutes on future airtime card redemptions for one full year (see card for details). These cards do not provide unlimited minutes. Your TracFone must still have an airtime balance to make or receive calls. If you run low on minutes during the one year, you can buy additional TracFone airtime cards without affecting your 1 year of service. Available at participating retailers or at www.tracfone.com

Q: What is the difference between the minutes I have purchased and my period of active service?

A: Minutes (units) are needed to make or receive calls. Active service, which expires on the due date displayed on your TracFone, is your active wireless phone line. Your TracFone service is a combination of units (minutes) and active service. To make a call you must have both. You must have units remaining in your TracFone in order to make or receive calls even if your due date for active service has not yet occurred. Conversely, your TracFone must also have a due date that has not passed to make or receive calls even if you have units remaining.

10

Q: How will I know if I have run out of units on the phone?

A: The phone will display 0.0 units.

Q: Where can I purchase a Prepaid Wireless Airtime card?

A: From the retailer where you purchased your TracFone, any TracFone Authorized Retailer or at www.tracfone.com. To locate the nearest TracFone Authorized Retailer, visit our web site at www.tracfone.com or call our Customer Care Center at 1-800-867-7183.

Q: What happens if I forget to purchase and redeem airtime before the due date?

A: In the event you do not redeem a TracFone Prepaid Wireless Airtime card by the due date, your service will be deactivated until you redeem a new prepaid wireless airtime card. When you reactivate your service, you will be assigned a new wireless phone number.

Q: If I redeem an additional airtime card before my due date, will I lose any days of service or shorten my due date?

A: No. When you redeem additional TracFone Prepaid Wireless Airtime cards, the days of service that come with the new airtime card redemption are added to the card due date that is displayed on your TracFone to extend your active service up to 120 days. If you redeem a 1 year prepaid wireless service card or a Double Minute prepaid plan card, your service will be extended to 365 days. The due date can never be extended beyond 730 days with the redemption of any combination of 1 year prepaid wireless service or the Double Minute prepaid plan cards.

Q: Will I lose the remaining minutes in my TracFone if I redeem an additional airtime card before my due date?

A: No. You keep your minutes and they do not expire with active service. They rollover from month to month and simply add to the minutes already on your phone.

Q: If I have passed the due date displayed on my TracFone and it is deactivated, can I still use those minutes if I reactivate my TracFone?

A: Yes. You can keep your minutes, providing that you reactivate within 60 days from the date of deactivation.

Q: If my service is deactivated, will I lose my airtime units?

A: The units remaining on your phone will carry over if service is reactivated within 60 days from the date your TracFone becomes deactivated. Unused units will expire if you wait longer than 60 days from deactivation to reactivate your TracFone.

Q: What should I do if I move to another city and need to change to a new local wireless number?

A: If relocating to a new home area in the United States, Puerto Rico, or the Virgin Islands, simply call the Customer Care Center at 1-800-867-7183. In some cases, your handset may need to be exchanged in order to be compatible with the digital technology in your new home area. You will be reassigned a new local wireless phone number. The changing of local numbers is limited to four times in a given year.

11

Q: What is roaming?

A: Roaming is when you use your TracFone outside your locally programmed calling area. Once you travel outside this local calling area, the roaming indicator will be displayed on your TracFone. When you return to your local calling area, the roaming indicator will disappear.

Q: Where can I purchase accessories to go with my TracFone?

A: You can visit a TracFone Authorized Retailer or visit www.tracfone.com to purchase accessories for your TracFone.

Q: What should I do if I experience problems with my TracFone?

A: If you experience any problems with your TracFone, please call the TracFone Customer Care Center at 1-800-867-7183. The Customer Care Representative will be happy to assist you with any TracFone related problems that may arise. You may also e-mail TracFone Technical Support at tsupport@tracfone.com.

Q: How does my TracFone differ from a regular telephone?

A: Your TracFone is a wireless telephone and operates as a mobile phone, therefore it does not work exactly the same as your home telephone, and you may have an occasional service interruption. Your phone will work well in town, but in some rural areas you may have service limitations. There are locations in the U.S. that do not have wireless coverage and the quality of wireless service may be affected by capacity limitations, geographic, topographical and atmospheric conditions.

Q: Is there a monthly contract required?

A: With TracFone, there are no contracts, no deposits, no credit checks, no phone bills, no additional charges for long distance calls or monthly service fees. There is not even an age limit. You keep your TracFone active only for as long as you choose. You control your costs.

Q: How can I make sure my TracFone does not continue deducting units after I have completed my call?

A: Press END after you have completed your call, otherwise units will continue to deduct. TracFone does not refund lost units.

**STILL HAVE A QUESTION?**
Friendly, informed Customer Care Center Representatives are ready to help you.
Call 1-800-867-7183 or email tsupport@tracfone.com.

12

# Safety Tips

Your safety is a priority for us at TracFone. For your well-being and the well-being of those around you, please follow these simple safety tips while driving and using your TracFone.

1. **Place calls when your car is not in motion.** Dial sensibly. Do not use your hand-held TracFone while driving. In some areas, using a cell phone while driving is against municipal ordinance. Before using your wireless phone, familiarize yourself with the regulations in your area.

2. **Refrain from using your TracFone during hazardous driving conditions or situations.** If traffic or weather conditions warrant your undivided attention, pull off the road to a safe spot or refrain from using your TracFone. As a driver, your first responsibility is to pay attention to the road.

3. **Pre-program important and frequently dialed numbers,** so you can call them by pressing only a few buttons. Also, work to memorize the phone keypad so you can use the speed dial function without taking your attention off the road. (Please refer to the manufacturer's phone manual for instructions on storing phone numbers and using speed dial).

4. **When available, use a hands free device.** A number of hands free wireless phone accessories are readily available today.

5. **Position your TracFone within easy reach.** Make sure you place your TracFone where you can easily reach it without removing your eyes from the road.

6. **Never take notes or look up phone numbers while driving.** Don't get caught in a dangerous situation because you are reading or writing and not paying attention to the road or nearby vehicles.

13

**wireless**
where you
**control**
your costs™

EXHIBIT

F

## how it works



( Watch Video )

### no surprises





Spend only what you want by tracking your airtime balance right on the phone display.

You only pay for minutes as you need them.

Unlike most plans, you keep your minutes and they do not expire, with active service.

TracFone Prepaid Wireless Airtime cards do not require any additional wireless taxes or fees.

### how to get started



Purchase a TracFone Wireless Phone available at over 60,000 *retailers* nationwide. TracFone comes with everything you need to get started. The TracFone box includes a wireless phone, battery and charger. It also includes 60 days of active wireless service and 10 minutes of starter airtime. Your TracFone can be activated *online* or by calling 1-800-867-7183.

### how the TracFone service works



Buy more TracFone Prepaid Wireless Airtime cards as you need them. If you run low on minutes, purchase and add more cards. To keep your TracFone service active, you must purchase and add a TracFone Prepaid Wireless Airtime every 60 or 365 days depending on the card denomination. Add airtime before your due date and your remaining minutes and service days will carryover and be added to your phone, to a maximum of 120 days with any combination of regular airtime cards or 730 days with any combination of annual plan cards. TracFone Prepaid Wireless Airtime cards are available online or at over 60,000 retailers nationwide.

## airtime balance display

Every TracFone contains the Airtime Balance Display that shows how many minutes you use, how many minutes are left, and when you need to purchase and add more airtime, so you control your costs.



Airtime Balance Display

Displays exact airtime balance.

Alerts you when 18 minutes remain.

Reminds you when a TracFone Prepaid Wireless Airtime card must be redeemed.

© 2006 TracFone Wireless, Inc. All Rights Reserved.
**Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map**