UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JEANETTE WAGNER, individually and
on behalf of all persons similarly situated,

    Plaintiff,

vs.                                          Case No.: 2:06-CV-53

TRACFONE WIRELESS, INC.,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, JEANETTE WAGNER, and Defendant, TRACFONE WIRELESS, INC., by and through their undersigned counsel, as required by the Court's Order entered November 7, 2006, provide to the Court this joint status report regarding the settlement negotiations between the parties.

At the request of the parties, the Court has previously granted several stays of this case while the parties pursued settlement discussions. The time afforded by the Court's stay Orders permitted the parties to successfully negotiate a tentative settlement, which is memorialized in a Memorandum of Understanding. The parties are now in the process of conducting confirmatory discovery to verify the fairness of the terms of the settlement, and are simultaneously negotiating a comprehensive settlement agreement. As soon as the parties finalize the terms of the settlement agreement, they will promptly notify the Court, as required by Local Rule 54.1. If the settlement process continues on course, the parties anticipate filing a joint motion to remand this case to state court within approximately thirty (30) days.

The parties respectfully request that they be permitted to report back to the Court by December 15, 2006 regarding the status of the above negotiations and confimatory discovery.

Respectfully submitted this _14th__ day of November, 2006


| __/s/ Colleen M. Hegge_____ | __/s/ James B. Baldringer_____ |
|---|---|
| Alan J. Statman | Douglas E. Hart |
| STATMAN, HARRIS,  & | FROST BROWN TODD |
|   EYRICH, LLC | 2200 PNC Center |
| 441 Vine Street | 201 East Fifth Street |
| Suite 3700 | Cincinnati, Ohio  45202-4182 |
| Cincinnati, Ohio 45202 | Telephone: 513.651.6709 |
| Telephone: 513.621.2666 | Facsimile: 513.651.6981 |
| Facsimile: 513.621.4896 | E-Mail:  dhart@fbtlaw.com |
| E-Mail:  ajstatman@shselegal.com | |
| | James B. Baldinger |
| Richard Wayne | Florida Bar Number 869899 |
| Thomas P. Glass | CARLTON FIELDS, P.A. |
| STRAUSS & TROY | 222 Lakeview Avenue, Suite 1400 |
| The Federal Reserve Building | West Palm Beach, Florida  33401 |
| 150 East Fourth Street | Telephone: 561.659.7070 |
| Cincinnati, Ohio 45202 | Facsimile: 561.659.7368 |
| Telephone: 513.621.2120 | E-Mail:  jbaldinger@carltonfields.com |
| Facsimile: 513.629-9426 | |
| E-Mail:  tpglass@strausstroy.com | *Attorneys for TracFone Wireless, Inc.* |

*Attorneys for Plaintiff and Plaintiff Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JEANETTE WAGNER, individually and
on behalf of all persons similarly situated,

    Plaintiff,

vs.                                    Case No.: 2:06-CV-53

TRACFONE WIRELESS, INC.,

    Defendant.
_____/

**AGREED ORDER ON JOINT MOTION TO STAY ACTION**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Stay Action. The Court being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that this case is hereby stayed for a period of thirty (30) days from the date of this Order, to permit the parties to conclude their settlement negotiations. The parties shall promptly notify the Court if they reach a settlement, as required by Local Rule 54.1.

DONE AND ORDERED in Chambers this _____ day of _____, 2006.

                                                      _____
                                                      David L. Bunning, United States District Judge

Copies furnished to:
Alan J. Statman
Thomas P. Glass
Douglas E. Hart
James B. Baldinger