UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JEANETTE WAGNER, individually and
on behalf of all persons similarly situated,

    Plaintiff,

vs.

Case No.: 2:06-CV-53

TRACFONE WIRELESS, INC.,

    Defendant.
_____/

## JOINT MOTION FOR REMAND TO STATE COURT

Plaintiff, JEANETTE WAGNER ("Wagner"), and Defendant, TRACFONE WIRELESS, INC. ("TracFone"), by and through their undersigned counsel, hereby jointly move that the Court grant Plaintiff's Motion for Remand.

On February 21, 2006, Wagner filed this case against TracFone in the Boone County (Kentucky) Circuit Court. Wagner alleged she was damaged by TracFone's conduct in connection with the sale of its pre-paid wireless phone service. Wagner asserted claims on behalf of herself and a putative nationwide class of consumers who purchased TracFone's pre-paid wireless service since January 1, 2001.

On March 10, 2006, pursuant to 28 U.S.C. §§ 1441 and 1446, TracFone filed a Notice of Removal of the action to this Court. TracFone removed the case on the basis of the Class Action Fairness Act of 2005 ("CAFA"), Pub. L. 109-2, 119 Stat. 4, codified in pertinent part at 28 U.S.C. §§ 1332(d) and 1453.

WPB#684512.1

(Exhibit D)

On April 6, 2006, Wagner filed a Motion to Remand this case back to the Boone County Circuit Court. TracFone filed a brief in Opposition to Plaintiff's Motion to Remand on July 27, 2006. At the parties' request, the Court deferred ruling on the Motion to Remand while the parties engaged in settlement negotiations. The parties have now concluded those negotiations, and have agreed to jointly seek a remand of the case to State court as part of their settlement agreement.

WHEREFORE, Wagner and TracFone hereby jointly request that this Court enter an Order remanding this case to the Commonwealth of Kentucky, Boone County Circuit Court, Division I.

Respectfully submitted this 21 day of December, 2006.

/s/ Colleen M. Hegge
_____
Alan J. Statman (KBA #84752)
Jeffrey P. Harris
Colleen M. Hegge
STATMAN, HARRIS &
 EYRICH, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513.621.2666
Facsimile: 513.621.4896
E-Mail: ajstatman@shselegal.com

/s/ Thomas P. Glass
_____
Thomas P. Glass (KBA #86771)
Richard S. Wayne
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: 513.621.2120
Facsimile: 513.629-9426
E-Mail: tpglass@strausstroy.com

/s/ H. Lawson Walker II
_____
H. Lawson Walker II (KBA #73807)
Douglas E. Hart
FROST BROWN TODD
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-Mail: lwalker@fbtlaw.com

James B. Baldinger
Kenya J. Reddy
CARLTON FIELDS, P.A.
222 Lakeview Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone: 561.659.7070
Facsimile: 561.659.7368
E-Mail: jbaldinger@carltonfields.com

Steven R. Selsberg
Victor W. Zhao
MAYER, BROWN, ROWE & MAW LLP
700 Louisiana, Suite 3400
Houston, Texas 77002

*Attorneys for Plaintiff, Jeanette Wagner*

Telephone: 713.238.2664
Facsimile: 713.238.4664
E-Mail: vzhao@mayerbrownrowe.com
         srselsberg@mayerbrownrowe.com

*Attorneys for Defendant, TracFone Wireless*